## Ebald, Appellant, v. Philadelphia.

Argued November 26, 1956. Before STERN, C. J., JONES, BELL, CHIDSEY, MUSMANNO and ARNOLD, JJ.

408

*Alexander F. Barbieri,* for appellant.

*William D. Valente,* Assistant City Solicitor, with him *David Berger,* City Solicitor, and *James L. Stern,* Deputy City Solicitor, for appellee.

OPINION PER CURIAM, January 7, 1957:

The order of the court below sustaining defendant's preliminary objection is affirmed on the opinion of Judge LEVINTHAL, 7 D. & C. 2d 179.

Mr. Justice MUSMANNO dissents.